UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Petitioner ) | | |
| ) | | |
| V. ) | M.B.D. No. | |
| ) | | |
| MELVIN S. WARSHAW ) | 05-MC-10317 RGS | |
| ) | | |
| Respondent ) | | |

## DECLARATION OF REVENUE OFFICER

I, Matthew Paul Curewitz, declare:

1.    I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 118 Turnpike Road, Suite 100 Southborough, MA 01772. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2.    In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Melvin S. Warshaw for the period(s) ending December 31, 1997, December 31, 2002, December 31, 2003 and December 31, 2004.

3.    In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on April 28, 2005, an administrative summons to Melvin S. Warshaw to give testimony and to produce documents as described in same summons. The summons is attached to the Petition as Exhibit A.

4.    In accordance with 26 U.S.C. § 7603, on April 28, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent Melvin S. Warshaw, by handing an attested copy of the summons to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On May 17, 2005, Melvin S. Warshaw failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. Melvin S. Warshaw has complied with the Summons with respect to the year ending December 31, 2004, but has failed and refuses to comply with respect to the year(s) ending December 31, 1997, December 31, 2002 and December 31, 2003.

7. The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

8. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Melvin S. Warshaw for the period(s) ending December 31, 1997, December 31, 2002, and December 31, 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2005

_____
Matthew Paul Curewitz
Revenue Officer