UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>MELVIN S. WARSHAW,<br>Respondent. | M.B.D. No. 05-10317-RGS |

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States District Chief Judge Richard G. Stearns for hearing on March 21, 2006 and the respondent, Melvin S. Warshaw, not having shown any cause why he should not obey the Summons issued to him on April 28, 2005:

IT IS ORDERED that Melvin S. Warshaw obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Matthew Paul Curewitz or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before ___May 25___, 2006 at _10:00_ AM /PM at the office of the Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough, MA 01772, Tel. #(508) 460-1776. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT CHIEF JUDGE

Dated: March 21, 2006