UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
            Petitioner,       )
                              )
v.                            )    M.B.D. NO. 05-10317-RGS
                              )
MELVIN S. WARSHAW,            )
            Respondent.       )
_____)

**MOTION FOR AN ORDER TO SHOW CAUSE WHY
RESPONDENT SHOULD NOT BE HELD IN CONTEMPT**

The Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order directing the Respondent, Melvin S. Warshaw, to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons dated March 21, 2006.  In support of this motion the Petitioner states as follows:

On March 21, 2006, this Court entered an Order Enforcing Internal Revenue Service Summon, which ordered the Respondent, Melvin S. Warshaw, to obey the April 28, 2005 Summons issued to him by the Internal Revenue Service on or before May 25, 2006.  A copy of the Order is attached hereto as **Exhibit A**.

The Respondent, Melvin S. Warshaw, has not fully complied with this Court's Order.  As set forth in the Affidavit of Revenue Officer, attached as **Exhibit B** hereto, the

Respondent, Melvin S. Warshaw, has not provided the summonsed financial information for calendar year ending December 31, 2003, which is critical for the Internal Revenue Service's analysis, and therefore, has not fully complied with this Court's Order.

WHEREFORE, the Petitioner respectfully requests that this Court order the Respondent, Melvin S. Warshaw, to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's March 21, 2006 Order Enforcing Internal Revenue Service Summons.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

By:   /s/Anton P. Giedt
ANTON P. GIEDT
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document with attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by first class mail, postage prepaid to:  Melvin S. Warshaw,149 Maynard Road, Framingham, MA 01701.

/s/ Anton P. Giedt
Assistant United States Attorney

Dated: July 12, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EXHIBIT A**

UNITED STATES OF AMERICA,   )
        Petitioner,   )
    )
v.   )   M.B.D. No. 05-10317-RGS
    )
MELVIN S. WARSHAW,   )
        Respondent.   )

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States District Chief Judge Richard G. Stearns for hearing on March 21, 2006 and the respondent, Melvin S. Warshaw, not having shown any cause why he should not obey the Summons issued to him on April 28, 2005:

IT IS ORDERED that Melvin S. Warshaw obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Matthew Paul Curewitz or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before _May 25_, 2006 at _10:00_ AM /PM at the office of the Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough, MA 01772, Tel. #(508) 460-1776. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT CHIEF JUDGE

Dated: March 21, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



EXHIBIT B

UNITED STATES OF AMERICA )
    Petitioner )
)   M.B.D. 05-10317-RGS
V. )
)
MELVIN S. WARSHAW, )
    Respondent

### AFFIDAVIT OF REVENUE OFFICER

1. I, Matthew P. Curewitz, Revenue Officer of the Internal Revenue Service, am authorized to issue summonses. A Summons for federal income tax returns was issued to Melvin S. Warshaw on April 28, 2005.

2. The information requested in the Summons is necessary to prepare federal income tax returns for the period ending December 31, 1997; December 31, 2002; December 31, 2003 and December 31, 2004

3. The respondent has complied with the summons with respect to tax years ended December 31, 1997; December 31, 2002 and December 31, 2004 but failed and refused to comply with the Summons for the period ended December 31, 2003.

4. On March 21, 2006, an Order Enforcing Internal Revenue Service Summons, ordering the respondent to appear before Revenue Officer Matthew P. Curewitz by May 25, 2006 at 10:00 A.M., was allowed.

5. To date, the respondent has not complied with the Order and has not provided the summonsed information, and has not contacted Matthew P. Curewitz, Revenue Officer, regarding this matter.

5-30-06
Date

_____
Revenue Officer
Internal Revenue Service

State of Massachusetts
County Worcester

On this 30th day of May, 2006, before me, the undersigned notary public, personally appeared Matthew P Curewitz, proved to me through satisfactory evidence of identification, which were License, to be the person whose name is signed on this document, and acknowledged that he/she signed it voluntarily for its stated purpose.

_____
Notary Public
Print Name: Michael D Flanagan

Michael D. Flanagan
Date: 5/30/06
Worcester County, Massachusetts
Commission Expires: October 1, 2010

My commission expires: 10-1-2010

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                Petitioner,    )
                               )
v.                             )     M.B.D. NO. 05-10317-RGS
                               )
MELVIN S. WARSHAW,             )
                Respondent.    )
_____)
```

**ORDER TO SHOW CAUSE**
**WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT**

Petitioner has moved the Court to enter an order requiring Respondent to show cause why he should not be held in contempt of this Court's Order requiring him to appear before Revenue Officer Matthew P. Curewitz, or any other officer of the Internal Revenue Service, on or before May 25, 2006, to provide the financial information sought under an IRS Summons.

Based upon the Affidavit of the Revenue Officer Matthew P. Curewitz, it appears that Respondent has failed and/or refused to obey said Order of Court. Upon the motion of Michael J. Sullivan, United States Attorney for the District of Massachusetts, this Court orders that Respondent appear and show cause why he should not be held in contempt.

It is hereby ORDERED that a copy of this Order, be personally served upon Melvin S. Warshaw on or before _____, 2006.

-2-

It is further ORDERED that the respondent, Melvin S. Warshaw, appear before the District Court of Massachusetts, in the branch thereof presided over by the undersigned, United States District Judge Richard G. Stearns, in his courtroom in the United States Courthouse in Boston, on the ___ day of _____, 2006, at ___ AM/PM, to show cause why he should not be held in contempt for his failure to obey the Order of this Court.

Date: _____, 2006

                                                        Richard G. Stearns  
                                                        United States District Court Judge