UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Petitioner,<br><br>v.<br><br>MELVIN S. WARSHAW,<br>            Respondent. | )<br>)<br>)<br>)<br>)   M.B.D. NO. 05-10317-RGS<br>)<br>)<br>)<br>) |

**ORDER TO SHOW CAUSE
WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT**

Petitioner has moved the Court to enter an order requiring Respondent to show cause why he should not be held in contempt of this Court's Order requiring him to appear before Revenue Officer Matthew P. Curewitz, or any other officer of the Internal Revenue Service, on or before May 25, 2006, to provide the financial information sought under an IRS Summons.

Based upon the Affidavit of the Revenue Officer Matthew P. Curewitz, it appears that Respondent has failed and/or refused to obey said Order of Court. Upon the motion of Michael J. Sullivan, United States Attorney for the District of Massachusetts, this Court orders that Respondent appear and show cause why he should not be held in contempt.

It is hereby ORDERED that a copy of this Order, be personally served upon Melvin S. Warshaw on or before  8/31/06 , ~~2006~~.

-2-

It is further ORDERED that the respondent, Melvin S. Warshaw, appear before the District Court of Massachusetts, in the branch thereof presided over by the undersigned, United States District Judge Richard G. Stearns, in his courtroom in the United States Courthouse in Boston, on the 19th day of September, 2006, at 3:15 P.M., to show cause why he should not be held in contempt for his failure to obey the Order of this Court.

Date: 7-19, 2006

*Richard D. Stearns*
Richard G. Stearns
United States District Court Judge