UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D. No. 05-10317-RGS |
| | ) | |
| MELVIN S. WARSHAW, | ) | |
| Respondent. | ) | |

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

On July 19, 2006, this Court issued an Order to Show Cause Why Respondent Should Not Be Held In Contempt ordering the respondent to appear before this Court on September 19, 2006 at 3:15 p.m..

-2-

The petitioner now seeks to withdraw its petition because the respondent has complied with the Internal Revenue Service Summons, and neither the hearing scheduled for September 19, 2006 nor any further involvement by the Court is necessary.

                    Respectfully submitted:

                    MICHAEL J. SULLIVAN,
                    United States Attorney

          By: /s/Anton P. Giedt
              ANTON P. GIEDT
              Assistant U.S. Attorney
              John Joseph Moakley U.S. Courthouse
              1 Courthouse Way - Suite 9200
              Boston, MA  02210
              (617) 748-3282

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent first class mail, postage prepaid, to those indicated on the NEF as non-registered pro se participants on August 15, 2006.

Melvin S. Warshaw
149 Maynard Road
Framingham, MA  01701

                    By: /s/Anton P. Giedt
                        ANTON P. GIEDT
                        Assistant U.S. Attorney

Dated: August 15,  2006